UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOANNA DENSMORE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COLBY-SAWYER COLLEGE, )<br>)<br>Defendant. ) | 2:15-cv-00346-JDL |

ORDER ADOPTING THE RECOMMENDED DECISION OF THE
MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 12) with the court on March 1, 2016, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).  The time within which to file objections expired on March 18, 2016, and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The defendant's Motion to Transfer this action to the District of New Hampshire (ECF No. 9) is **GRANTED** and the defendant's Motion to Dismiss for Lack of Personal Jurisdiction in the District of Maine is **DENIED AS MOOT**.

**SO ORDERED.**

Dated: March 29, 2016

/s/ Jon D. Levy
U.S. DISTRICT JUDGE